**STATE of Missouri, Respondent,**

v.

**Robert BOSLEY, Appellant.**

**No. WD 34103.**

Missouri Court of Appeals,
Western District.

June 28, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a jury conviction for sodomy in violation of § 566.060.3, RSMo Supp.1982.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed. All concur.

Rule 30.25(b).

**KARSTEN EQUIPMENT COMPANY, Respondent,**

v.

**KAPLAN DEVELOPMENT AND INVESTMENT COMPANY, INC., et al., Appellant.**

**No. 45596.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 28, 1983.

Gordon D. Prinster, St. Charles, for appellant.

William E. Buckley, St. Louis, for respondent.

ORDER

PER CURIAM.

This is an appeal from a judgment rendered by the trial court pursuant to a jury verdict in favor of Karsten Equipment Company and against Kaplan Development and Investment Company, Inc., in the amount of $7,250 plus interest and costs. Judgment affirmed. Rule 84.16(b).